UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HARTFORD MEZZANINE INVESTORS I, LLC, ) | CASE NO. 1:08 CV 03038 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER OF DISMISSAL |
| -vs- ) | |
| ) | |
| SCOTT A. CHAPELLE, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on the Plaintiff's notice to voluntarily dismiss the instant matter without prejudice against Defendants Scott A. Chappelle and Laura A. Chapelle pursuant to the terms of the Settlement Agreement between the Chappelles and the Plaintiff.  (Doc. 46).  The Court shall retain jurisdiction between these parties only, to enforce the terms of the Settlement Agreement.  Pursuant to Fed. R. Civ. P. 41(a) this matter is dismissed without prejudice as between the Chappelles and the Plaintiff.

Further, the Plaintiff provides notice to the Court that it voluntarily dismisses, without prejudice, all claims in this matter asserted against Kevin T. McGraw and Sharon D. McGraw.  (Doc. 44).  Pursuant to Fed. R. Civ. P. 41(a) this matter is dismissed without prejudice as between the McGraws and the Plaintiff.

Finally, the Plaintiff provides notice to the Court of the voluntary dismissal, with

prejudice, of all claims asserted against Evert Kramer, Jr. and Rosalind Kramer.  (Doc.

45).  Pursuant to Fed. R. Civ. P. 41(a) this matter is dismissed with prejudice as

between the Kramers and the Plaintiff.

Each party shall bear its respective costs and attorneys' fees.  This matter is

closed.


IT IS SO ORDERED.


      /s/Lesley Wells        
UNITED STATES DISTRICT JUDGE


Date: 7 October 2010

2